1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                  WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE

8   RICHARD L. PARENTEAU, JR.,

9                          Plaintiff,          Case No. C17-888-JCC-BAT

10          v.                                 **ORDER GRANTING
                                               APPLICATION TO PROCEED IN
11  BENJAMIN SANDERS,                          FORMA PAUPERIS AND
                                               DIRECTING INSTITUTION TO
12                         Defendant.          CALCULATE, COLLECT AND
                                               FORWARD PAYMENTS**

13
        Plaintiff, who is currently incarcerated, is proceeding *pro se* in this civil rights action.
14
    The Court has reviewed plaintiff's application to proceed in forma pauperis and **ORDERS:**
15
        (1)     Plaintiff's application to proceed in forma pauperis (Dkt. 4) is **GRANTED.  As
16
    set forth below, an initial partial filing fee will be collected, and thereafter each month
17
    plaintiff is required to pay 20 percent of the preceding month's income credited to
18
    plaintiff's account until the full amount of the filing fee is satisfied.**
19
        (2)     Pursuant to 28 U.S.C. § 1915 and plaintiff's approved application to proceed in
20
    forma pauperis, the agency having custody of the above named plaintiff is directed to calculate
21
    an initial partial filing fee equal to 20 percent of the greater of either:  (1) the average monthly
22
    deposits to the prisoner's account; or (2) the average monthly balance in the prisoner's account
23

for the 6-month period immediately preceding the date of this Order. The initial partial filing fee should be forwarded to the court clerk as soon as practicable.

Subsequently, if the prisoner's account exceeds $10.00, each month the agency having custody of the prisoner is directed to collect and forward payments equal to 20 percent of the prisoner's preceding month's income credited to the prisoner's account. In the event that the monthly payment would reduce the prisoner's account below $10.00, the agency should collect and forward only that amount which would reduce the prisoner's account to the $10.00 level. Finally, the monthly payments should be collected and forwarded to the court until the entire filing fee ($350.00) for this matter has been paid.

(3)     The Clerk shall direct a copy of this Order to plaintiff and to the agency having custody of the plaintiff.

DATED this <u>26th</u> day of June, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS AND DIRECTING INSTITUTION TO
CALCULATE, COLLECT AND FORWARD PAYMENTS - 2