UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD L. PARENTEAU, JR.,

Plaintiff,

v.

BENJAMIN SANDERS,

Defendant.

CASE NO. C17-888-MJP-BAT

**ORDER DENYING PLAINTIFF'S MOTION FOR CONTEMPT**

Plaintiff moves the Court for an order holding Defendant Benjamin Sanders in contempt "for refusing to engage in the discovery process in good faith." Dkt. 21. Specifically, plaintiff contends he sent interrogatories to defendant in the middle of December and that defendant failed to respond. *Id.* The motion is denied for the following reason.

The motion is premature as plaintiff acknowledges he sent interrogatories sometime in mid-December but served and filed the instant motion for contempt on January 1, 2018.[1] Dkt. 21. Pursuant to Federal Rule of Civil Procedure 33(b)(2) defendant had 30 days to respond to plaintiff's interrogatories. *See also* Dkt. 13 (Pre-trial Scheduling Order). Accordingly,

---

[1] The Court notes that plaintiff's motion was not docketed until January 16, 2018, but that plaintiff's "Certificate of Filing and Service" indicates he delivered the documents to King County Correctional Facility to be mailed to the Clerk of the Court on January 1, 2018.

ORDER DENYING PLAINTIFF'S MOTION
FOR CONTEMPT - 1

defendant's time to respond to the interrogatories had not expired when plaintiff served and filed the instant motion. Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for contempt (Dkt. 21) is denied.

(2) The Clerk shall send a copy of this Order to plaintiff and counsel for defendant.

DATED this 5th day of February, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge