UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD L. PARENTEAU, JR, <br><br> Plaintiff, <br><br> v. <br><br> BENJAMIN SANDERS, <br><br> Defendant. | CASE NO. C17-888-MJP-BAT <br><br> **ORDER** |

Defendant filed a Motion for Summary Judgment in this action on January 23, 2018 (Dkt. 26). On February 16, 2018, defendant filed a "Reply in Support of Defendant's Motion for Summary Judgment" in which he appears to discuss arguments made by plaintiff in response to defendant's Motion for Summary Judgment (Dkt. 30). However, no response by plaintiff to defendant's Motion has been filed with the Court. Accordingly, it is hereby **ORDERED**:

- Defendant shall file the document he references and discusses as plaintiff's response to his Motion as an exhibit to his Reply (Dkt. 30) on or before March 1, 2018.
- The Clerk shall provide a copy of this Order to plaintiff and counsel for defendant.

DATED this 26th day of February, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER - 1