UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD L. PARENTEAU, JR, <br><br> Plaintiff, <br><br> v. <br><br> BENJAMIN SANDERS, <br><br> Defendant. | CASE NO. C17-888 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Report and Recommendation in this matter was originally issued on March 5, 2018; the R&R advised the parties that any objections to the document needed to be filed with this Court no later than March 19, 2018. Dkt. No. 34. Copies were sent to all parties, including a copy electronically transmitted to Plaintiff at the address which was listed in the court record.

On March 7, 2018, the Clerk's Office received a reply email from the Department of Corrections, indicating that the Report and Recommendations had not been received by Plaintiff:

"Not deliverable, offender has moved to WSP-Main." Dkt. No. 36 at 1. Subsequently, the minute entry in the court record reads "([A]ddress updated and regenerated…)… Clerk resent on 3/7/2018, Dkt. # 34, Report & Recommendation via electronic notice to Plaintiff @ WA State Penitentiary." Docket entry at Dkt. No. 36, WAWD CM/ECF.

The Court has received no indication from the Department of Corrections that the re-sent Report & Recommendation was not received. The Court will proceed forward on the assumption that Plaintiff has in fact received the Report and Recommendation and, with that understanding, will re-set the deadline for filing objections and the noting date; to wit:

Objections to the Report and Recommendation are due by **April 9, 2018**. The noting date will be **April 13, 2018.**

The clerk is ordered to provide copies of this order to Plaintiff and to all counsel.

Filed March 28, 2018.

William M. McCool  
Clerk of Court

s/Paula McNabb  
Deputy Clerk