# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

RICHARD L. PARENTEAU, JR.,

Plaintiff,

v.

BENJAMIN SANDERS,

Defendants.

Case No. C17-888-MJP-BAT

ORDER

The Court, having reviewed Plaintiff's amended complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) Defendant Benjamin Sanders' motion for summary judgment (Dkt. 26) is **GRANTED**; Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

DATED this 17 day of April, 2018.

MARSHA J. PECHMAN
United States District Judge

ORDER - 1